UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

---

MATTHEW B. JACKSON and
CLAUDIA M. CASTILLO,

Plaintiffs,

-vs-

LISA L. EBELING and
GREGORY EBELING,

Defendants.

Civil File No. 00-CV-352 JRT/RLE

**STIPULATION OF DISMISSAL**

---

It is hereby stipulated, by and between the attorneys for the parties hereto, that this action may be dismissed, on the merits and with prejudice, without further cost to any of the parties hereto and the court may enter an order accordingly.

MAHONEY, DOUGHERTY AND MAHONEY
Professional Association

Dated: 6-1-00 ______________________

Richard P. Mahoney (#6662X)
Victor E. Lund (#160076)
Attorneys for Plaintiff
801 Park Avenue
Minneapolis, MN 55404
Telephone: (612) 339-5863

Dated: 6-8-00 ______________________

D. Edward Fitzgerald (#29695)
Attorney for Defendants
4884 Miller Trunk Highway
P. O. Box 139
Duluth, MN 55801-0139
Telephone: (218) 727-8108

FILED JUN 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

# ORDER

Pursuant to the foregoing Stipulation, it is ordered that this action is dismissed, on the merits and with prejudice, without further cost to any of the parties hereto and the clerk may enter judgment accordingly.

Dated: June 13, 2000

BY THE COURT:

[signature]

Judge of United States District Court